# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL G. ATAMIAN, | ) | 1:07cv0025 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION |
| v. | ) | |
| | ) | (Document 5) |
| ALAN SIMPSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, appearing pro se, filed the instant civil rights complaint on January 5, 2007.

    On January 17, 2007, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend for Plaintiff's failure to state a claim for which relief can be granted.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Plaintiff filed his objections on February 5, 2007.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 17, 2007, is ADOPTED IN FULL; and

2. The complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:  March 2, 2007**               /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE